# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MING WEI,                                        :    No. 402 MAL 2016
                                                 :
                          Petitioner             :
                                                 :
                                                 :    Petition for Allowance of Appeal from
                                                 :    the Order of the Superior Court
                 v.                              :
                                                 :
                                                 :
COMMONWEALTH OF PENNSYLVANIA                      :
PENNSYLVANIA, DEPARTMENT OF                      :
HEALTH, PENNSYLVANIA STATE CIVIL                 :
SERVICE COMMISSION, VERONICA                     :
URDANETA, STEPHEN OSTROFF, AND                   :
TIFFANY BURNHAUSER,                              :
                                                 :
                          Respondents            :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 18th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.